UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PHILANA MURPHY,

                              Plaintiff,           **NOTICE OF MOTION**

        -against-                               19-CV-1528 (ALC)(RWL)

INSTITUTE OF INTERNATIONAL EDUCATION,

                              Defendant.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Enforce the Settlement Agreement, the Declaration of Daniel J LaRose, and the Declaration of Tim Wirch, each dated November 18, 2019, and all other pleadings and proceedings had herein, Defendant will move this Court, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, NY 10007, before the Honorable Andrew L. Carter, at a date and time to be set by the Court, for an order enforcing the parties' settlement agreement to resolve all disputes and dismissing the Complaint in its entirety with prejudice, and granting Defendant costs and fees, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       November 18, 2019

                                        COLLAZO & KEIL LLP

                                        By:_____/s/_____
                                            Daniel J. LaRose

                                        747 Third Avenue, 25th Floor
                                        New York, NY 10017-2803
                                        (212) 758-7600
                                        *Attorneys for Defendant*