**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PHILANA MURPHY,

                Plaintiff,                              19 **CIVIL** 1528 (ALC)

      -against-                              **JUDGMENT**

INSTITUTE OF INTERNATIONAL
EDUCATION,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 23, 2020, after de novo review of Judge Lehrburger's thoughtful and well-reasoned Report and Recommendation, as well as the factual and procedural record upon which it is based, and Plaintiff's objections, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's objections are OVERRULED. Defendant's motion to enforce the settlement agreement is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
         September 23, 2020

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                       **BY:**     *K. Mango*
                                                    **Deputy Clerk**